UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ONEYDA LIZETH GARMENDIA CACERES, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SAMUEL OLSON Field Office Director, Chicago )<br>Field Office, Immigration and Customs )<br>Enforcement, in his official capacity, )<br>KRISTI NOEM Secretary, U.S. Department of )<br>Homeland Security, in her official capacity, )<br>PAMELA BONDI U.S. Attorney General, in her )<br>official capacity, )<br>TODD M. LYONS Acting Director of U.S. )<br>Immigration and Customs Enforcement, in his )<br>official capacity, )<br>ANTHONY MILLS Clark County Sheriff's )<br>Office, Clark County Jail, in his official capacity, )<br>)<br>Respondents. ) | No. 1:25-cv-02532-RLY-KMB |

**Order Directing Clerk to Issue Amended Final Judgment**

The court granted Petitioner's petition for a writ of habeas corpus on January 12, 2026, and issued final judgment that same day. Dkts. 18, 19. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the court's order granting the petition.

**IT IS SO ORDERED.**

Date: 1/21/2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel